IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MICHAEL RAY NEESE,<br><br>    Plaintiff,<br><br>v.<br><br>CACHE COUNTY JAIL et al.,<br><br>    Defendants. | **MEMORANDUM DECISION &<br>DISMISSAL ORDER**<br><br>Case No. 1:18-CV-83-TS<br><br>District Judge Ted Stewart |

Reviewing this prisoner civil-rights complaint under 28 U.S.C.S. § 1915A (2019), in an Order dated February 4, 2019, the Court deemed it deficient. (Doc. No. 14.) The Court gave directions for curing the deficiencies, sent Plaintiff a "Pro Se Litigant Guide" (with a civil-rights complaint form), and ordered the deficiencies be cured within thirty days. The Court has not since heard from Plaintiff. Indeed, the Court has not heard at all from Plaintiff since he filed a change of address on October 30, 2018—over six months ago.

**IT IS ORDERED** that this action is **DISMISSED** without prejudice for failure to state a claim under § 1915(e)(2)(B)(ii), follow the Court's Order, and to prosecute his case, *see* DUCivR 41-2. This action is **CLOSED.**

DATED this 5th day of June, 2019.

BY THE COURT:

_____
JUDGE TED STEWART
United States District Court